MAX OBERFELDER, Respondent, *v.* NATIONAL DISTILLING COMPANY, Appellant.

*Oberfelder* v. *National Distilling Co.*, 100 App. Div. 516, affirmed.
(Argued March 21, 1906; decided April 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1905, affirming a judgment in favor of plaintiff and an order denying a motion for a new trial.

*Harold H. Bowman* and *Henry H. Bowman* for appellant.

*David Bandler*, *Harry L. Haas* and *Henry Gottgetreu* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

ABBIE J. GANNETT, Appellant, *v.* SCHENECTADY RAILWAY COMPANY, Respondent.

*Gannett* v. *Schenectady Ry. Co.*, 101 App. Div. 611, reversed.
(Argued March 22, 1906; decided April 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 27, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Robert J. Landon* for appellant.

*Daniel Naylor, Jr.,* and *Edward C. Whitmyer* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that the question of plaintiff's contributory negligence was one of fact for the jury; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Dissenting: GRAY, J. Not sitting: CHASE, J.